32 So.2d 180
## Sam MARBURY v. STATE.
7 Div. 916.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 280
## Oscar Grady MARCUM v. STATE.
6 Div. 489.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 180
## Dorothy MARKS, alias O'Neal v. STATE.
8 Div. 579.

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 180
## George MARSH v. STATE.
4 Div. 996.

Court of Appeals of Alabama.
April 15, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 901
## Mrs. Dewey MARSHALL v. STATE.
3 Div. 878.

Court of Appeals of Alabama.
Jan. 28, 1947.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 901
## Floyd MARTIN v. STATE.
6 Div. 364.

Court of Appeals of Alabama.
Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.